AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| CHRISTINE POLLARD<br>*Plaintiff(s)* | ) | |
| KINGSEAL LLC, d/b/a DeSOTO HEALTH AND REHAB, and LUAN BADENHORST, HELOISE BADENHORST, and LUME BADENHORST, Individually<br>*Defendant(s)* | ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KINGSEAL LLC, d/b/a DeSOTO HEALTH AND REHAB
c/o SHYAMIE DIXIT as Registered Agent
3030 N ROCKY PT DR W STE 430
TAMPA, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wolfgang M. Florin
Florin|Gray
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*